**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION**

**TOMMY HALL**                                                          **PLAINTIFF**
*ADC #105963*

**v.**                              **CASE NO. 2:24-CV-00015-BSM**

**JACKSON,** *et al.*                                                   **DEFENDANTS**

**ORDER**

After careful review of the record, United States Magistrate Judge Edie R. Ervin's

recommended disposition [Doc. No. 7] is adopted.  Tommy Hall's complaint is dismissed

without prejudice based on his failure to state a plausible constituional claim for relief, and

the clerk is instructed to close this case.  It is certified that an *in forma pauperis* appeal of this

dismissal would be frivolous and not taken in good faith, and in the future this dismissal

should be considered a "strike" for purposes of 28 United States Code section 1915(g).

IT IS SO ORDERED this 12th day of April, 2024.

_____
UNITED STATES DISTRICT JUDGE