IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**TOMMY HALL**     **PLAINTIFF**
*ADC #105963*

v.     **CASE NO. 2:24-CV-00015-BSM**

**JACKSON,** *et al.*     **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 12th day of April, 2024.

_____
UNITED STATES DISTRICT JUDGE